EOD 12/19/03

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED - CLERK
U.S. DISTRICT COURT
2003 DEC 17 AM 7:48
TX EASTERN-BEAUMONT
BY _____

| | | |
|---|---|---|
| JEANNE YOUNG, JAMES YOUNG, NEETA WILLIAMSON, JOSEPHINE SOLIS, DAVID SOLIS, CECIL BOWERS, J.D. BOWERS, JR., BERTHA SCHILD, JOHN SCHILD LOIS JOHNSON, WAYNE JOHNSON, ELIZABETH HANLEY and MARGUERITE HAMRIC<br><br>*Plaintiffs,*<br><br>vs.<br><br>WYETH, INC. f/k/a AMERICAN HOME PRODUCTS, a Pennsylvania Corporation, and WYETH PHARMACEUTICALS f/k/a WYETH-AYERST PHARMACEUTICALS INC., a Delaware Corporation, ORANGE PHARMACY, VIDOR PHARMACY, WALGREENS CO., ECKERD CORPORATION and JOHN DOE, a Pharmacist,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:03-CV-0479<br><br>HONORABLE HOWELL COBB |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day came on to be considered Plaintiffs' Unopposed Motion to Substitute Counsel and the Court is of the opinion and thus finds that said motion should be granted.

It is THEREFORE ORDERED, JUDGED AND DECLARED that James Morris, SBN 14487050, Provost & Umphrey, Law Firm, 490 Park Street, P.O. Box 4905, Beaumont, Texas 77704, (409) 835-6000 or (800) 289-0101 is hereby substituted as counsel for the Plaintiffs.

SIGNED this 16th day of Dec., 2003.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

_____
NED JOHNSON (Lead Counsel)
JOHNSON, FERGUSON, PIPKIN & PHILLIPS
State Bar No. 10712000
4900 Woodway, Suite 1100
Houston, Texas 77056
Telephone No.: (713) 961-3730
Facsimile No.: (713) 961-5438

*ATTORNEY FOR PLAINTIFFS*